

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 22, 2013**

**United States Bankruptcy Judge**

_____

MOD1 0013.000276

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

IN RE:                                CASE NO: 10-70262-HDH-13
MARIO ESPARZA                         DATED: November 21, 2013
                                      ATTORNEY: MONTE J WHITE
                                      HEARING DATE: 10/20/2013 @ 10:00 AM

**ORDER APPROVING MODIFIED PLAN AND LIMITING NOTICE**

On this day came on for consideration the "Modification of Plan After Confirmation and Order Limiting Notice" dated 10/18/2013. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be APPROVED.

**IT IS THEREFORE ORDERED** that the Modified Plan dated 10/18/2013 be and the same is hereby APPROVED, as stated below:

$950.00 from receipts debtor has paid ahead payments are applied to case for a new base
$30,650.00 in order to pay $950.00 of debtor's 2012 tax refund to the Trustee for the benefit
of unsecured crediors per General Order 2010-01.  Unsecured creditors must receive at least $950.00
before debtor is allowed a discharge.

**IT IS FURTHER ORDERED** that 25 days written Notice to the Debtor(s), Attorney for Debtor(s), the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424